Furman, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/15/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNETTE FATA,

        Plaintiff,

v.

INSTITUTE FOR THE PUERTO RICAN/HISPANIC ELDERLY, INC.,

        Defendant.

16 CV 0997(JMF)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the undersigned parties hereto that Defendant shall have up to and including April 22, 2016, to move, answer or otherwise respond to the Complaint.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant agrees to meet and confer with Plaintiff regarding any anticipated pre-answer motion practice no later than April 15, 2016.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant waives any objections and defenses based on improper service of process of the Complaint in this Action.

Dated: New York, New York
      April 14, 2016

THE HARMAN FIRM, LLP

_/s/ Edgar Rivera_
Walker G. Harman, Jr. Esq.
Edgar M. Rivera, Esq.
220 Fifth Avenue, Suite 900
New York, New York 10001
212-425-2600
wharman@theharmanfirm.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/ Peter T. Shapiro_
Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, New York 10005
212-232-1300
Peter.shapiro@lewisbrisbois.com
*Attorneys for Defendant*

SO ORDERED. In light of the extension, the initial pretrial conference is ADJOURNED to May 2, 2016, at 2:45 p.m. The parties are reminded that they must make their pretrial submissions in accordance with the Notice of Initial Pretrial Conference no later than the Thursday before the conference. Finally, defense counsel shall immediately enter a notice of appearance on ECF.

4824-8141-2656.1

April 15, 2016